UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA,<br><br>                    Plaintiff,<br><br>v.<br><br>GILBERTO EDMUNDO MORENO,<br><br>                    Defendant. | Case No.: 20CR3462-JLS<br><br>**ORDER CONTINUING MOTION HEARING/TRIAL SETTING** |
|---|---|

    Pursuant to joint motion and good cause appearing, IT IS HEREBY ORDERED that the Motion Hearing/Trial Setting presently scheduled for February 26, 2021 shall be continued to **May 21, 2021** at **1:30 p.m.**

    For the reasons set forth in the joint motion, the Court finds that the ends of justice will be served by granting the requested continuance, and these outweigh the interests of the public and the defendant in a speedy trial. Accordingly, the delay occasioned by this continuance is excludable pursuant to 18 U.S.C. § 3161(h)(7)(A).

    IT IS SO ORDERED.

Dated: February 23, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge

20CR3462-JLS