1
2
3
4
5
6
7

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 3:20-CR-3462-JLS |
|---|---|
| Plaintiff, | |
| v. | **ORDER AND JUDGMENT GRANTING THE UNITED STATES' MOTION TO DISMISS THE COMPLAINT AND INFORMATION** |
| GILBERTO EDMUNDO MORENO, | |
| Defendant. | |

The United States' Motion to Dismiss the Complaint and Indictment (ECF No. 31) is hereby GRANTED. The Complaint (ECF No. 1) and Information (ECF No. 14) are DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: May 4, 2021

*Janis L. Sammartino*
Hon. Janis L. Sammartino
United States District Judge